Decided April 1, 1895.

## JOHN WEAVER *v.* J. S. JONES.

APPEAL from Coos: J. C. FULLERTON, Judge.

Defendant appealed.

*Mr. J. M. Sgilin,* for appellant.

*Mr. A. J. Sherwood,* for respondent.

PER CURIAM. In consequence of the action of the appellant in abandoning the case, the decree of the lower court will stand affirmed.      AFFIRMED.

Decided April 10, 1895.

## A. S. FINK *v.* J. L. WATTERS.

APPEAL from Klamath: W. C. HALE, Judge.

Defendant appealed.

*Mr. F. A. Coggswell,* for appellant.

No appearance for respondent.

PER CURIAM. On motion of appellant the appeal in this case is now dismissed.